

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00543-CV

Nori Elsa Alvarez-**BAKER**,
Appellant

v.

**ORANGEPANDA, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-08249
Honorable David A. Canales, Judge Presiding

# O R D E R

    The trial court clerk has filed a notice of late record, stating appellant has not paid or arranged to pay the clerk's fee to prepare the record and that appellant is not entitled to the record without paying the fee. We order appellant to provide written proof to this court by **August 27, 2018** that either appellant has paid the clerk's fee, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee. See Tex. R. App. P. 35.3(a)(2). If appellant fails to file such proof within the time provided, this appeal will be dismissed. See Tex. R. App. P. 37.3(b), 42.3(c).

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court